# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **ANDRENIQUE HOWARD** | **CASE NO. 1:23-CV-00846** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **FANTAJAH LANAE MALOID** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

Following a review of the Report and Recommendation issued by the Magistrate Judge [ECF No. 14], as well as the Objection filed by Plaintiff [ECF No. 16; *see also* ECF No. 18], the Court concludes the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED and DECREED that, consistent with the Report and Recommendation, this lawsuit is DISMISSED as frivolous pursuant to Federal Rule of Civil Procedure 12(b)(6).

IT IS FURTHER ORDERED that:

1. Andrenique Howard, also known as Andrenique Green, be placed on the sanctioned/barred list;

2. The Clerk of Court decline to accept any civil complaint by Howard, unless the complaint has first been presented to the Chief Judge, and the Chief Judge has specifically ordered that the complaint may be filed;

3. Howard's *in forma pauperis* status is revoked, and Howard is prohibited from filing additional lawsuits in this Court without prepayment of the full filing fee, and subject to the Chief Judge's approval as stated above;

4. Howard is sanctioned in the amount of $100 for:

    a. filing or attempting to file documents by facsimile after issuance of an Order that she refrain from same;[1] and

    b. continually filing motions and other documents determined to be frivolous.[2]

IT IS FURTHER ORDERED that the Clerk of Court enter a copy of this Order in each of Howard's pending and dismissed lawsuits.

THUS DONE in Chambers on this 21st day of December, 2023.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

---

[1] *See* ECF No. 7 at 1; *see also* ECF No. 14 at 2.
[2] *See* ECF Nos. 8, 13, 16-18; *see also* Civil Action Nos. 1:21-cv-4163; 1:22-cv-5422; 1:23-cv-1132; 1:23-cv-1408.