## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

**\*\*SANCTIONED/BARRED\***          **CASE NO: 23-cv-1408**
**ANDRENIQUE HOWARD**

**VERSUS**                        **JUDGE TERRY A. DOUGHTY**

**CHRISTUS ST FRANCES CABRINI**     **MAG. JUDGE PEREZ-MONTES**
**HOSPITAL ET AL**

### SUPPLEMENTAL J U D G M E N T

For the reasons assigned in the Report and Recommendations of the Magistrate Judge [Doc. Nos. 19 and 20] previously filed herein, and having thoroughly reviewed the record, including the Objection [Doc. No. 21] filed by Plaintiff Andrenique Howard, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this lawsuit is **DISMISSED** as frivolous pursuant to Federal Rule of Civil Procedure 12(b)(6).

**IT IS FURTHER ORDERED** that in addition to this Court's previous orders, which remain effective, including placement on the sanctioned/barred list, that:

1. The Clerk of Court shall not accept any further filings by Howard in this case or any other cases[1] where Howard is a Plaintiff.

2. Should Howard wish to file a pleading or open a new civil action, she shall first request permission, in writing, via U.S. Mail, to the Court, who will respond to her request in writing.

---

[1] 1:21-cv-04163, Howard v. Davis, et al. [Doc. No. 105]; 1:22-cv-05422, Howard v. Jarrell, et al. [Doc. Nos. 55, 56, 57]; 1:23-cv-01132, Howard v. Labor & Wages, et al. [Doc. Nos. 19 and 20]; 1:23-cv-01408, Howard v. Christus St. Frances Cabrini Hospital, et al.; 1:23-cv-00846, Howard v. Maloid, [Doc. Nos. 26, 27]

3. Howard shall not send a filing until a response is received from the Court.

4. Should Howard be allowed to make a filing into the record, she shall forward her filing via U.S. Mail to the Clerk of Court.

5. At this time, the only filing permitted by Howard is a notice of appeal or appellate document.  These filings must be sent by U.S. Mail.  They will not be accepted over the counter or via facsimile.

6. Any request not prohibited by previous Orders or this Judgment shall be made via U.S. Mail only.  Howard shall not go to the courthouse to make any filings.

7. Howard will only be granted entrance to the Clerk's office, after written permission has be granted by the Court.

**IT IS FURTHER ORDERED** that the Clerk of Court enter a copy of this Order in each of Howard's pending and dismissed lawsuits.

**IT IS FURTHER ORDERED** that any motions pending in the aforementioned lawsuits are **DENIED** and **DISMISSED** as moot, frivolous, and for failure to state a claim upon which relief can be granted.

**IT IS FURTHER ORDERED** that any Report and Recommendations[2] pending in the aforementioned lawsuits are hereby **ADOPTED** by this Court.

THUS, DONE AND SIGNED at Monroe, Louisiana, this the 20th day of March 2024.

TERRY A. DOUGHTY

---

[2] 1:22-cv-05422, Howard v. Jarrell, et al. [Doc. No. 58]; 1:23-cv-01132, Howard v. Labor & Wages, et al. [Doc. No. 21]; 1:23-cv-00846, Howard v. Maloid, [Doc. No. 28]

**UNITED STATES DISTRICT JUDGE**